
FILED
June 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003547250

JOHN R. HUGHES
A Professional Law Corporation
520 MAIN STREET
PLACERVILLE, CA 95667
TEL 530.626.5175
SBN 182988

Attorney for Ronald & Tammy Smith

# UNITED STATES BANKRUPTCY COURT,

# EASTERN DISTRICT OF CALIFORNIA

| In Re:<br><br>RONALD R. SMITH<br><br>TAMMY L. SMITH<br><br>Debtors. | Case No. 11-29318<br>Hearing date: June 29, 2011<br>Hearing time: 10:00 a.m.<br>Courtroom 34 - Dept. D<br>Honorable Judge Robert S. Bardwil<br>Docket Control No.: JRH-01 |
|---|---|

## MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' BUSINESS

John R. Hughes, on behalf of the Debtors herein, hereby moves this Court for an Order Compelling Abandonment of the Estate's interest in the Debtors' Business. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on April 14, 2011. David Gravell was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, the Debtors operate a home cleaning business. Said business is located and operated from their home at 3440 Stope Drive, Placerville, CA 95667.

3. The Debtors' tools of the trade, equipment, accounts receivable (if any) and other business-related assets (hereinafter, "BUSINESS ASSETS") have been

| | |
|---|---|
| 1 | disclosed in detail in the filed Schedule B (see exhibit #1 attached hereto). The |
| 2 | business assets in this case consist of Cleaning bags & supplies, Mop & Bucket, |
| 3 | and Vacuum. The Debtors have placed values on these assets in the aggregate |
| 4 | total of $200. |
| 5 | 4. As shown in Schedule D (See exhibit #1 attached hereto), the Debtors assert that |
| 6 | no Creditors hold any liens against the BUSINESS ASSETS. |
| 7 | 5. As shown in Schedule C (see exhibit #1 attached hereto), the Debtors have |
| 8 | claimed exemptions totaling $200 against the values of the BUSINESS |
| 9 | ASSETS. |
| 10 | 6. In summary |
| 11 |    a. Gross value of BUSINESS ASSETS.................................... $200 |
| 12 |    b. Liens against the BUSINESS ASSETS................................ $0.00 |
| 13 |    c. Gross Equity.......................................................................... $200 |
| 14 |    d. Exemptions claimed on the BUSINESS ASSETS................. $200 |
| 15 |    e. Net value of BUSINESS ASSETS to the estate..................... $0.00 |
| 16 | 7. The Debtors assert that there does not appear to be any business equipment or |
| 17 | inventory that can be profitably liquidated by the Trustee over and above (a) the |
| 18 | liens, if any, in Schedule D attaching to the business-related assets and (b) the |
| 19 | exemptions, if any, in Schedule C claimed by the Debtors. |
| 20 | 8. The Debtors are aware that, under the provisions of Title 11, US Codes §721, |
| 21 | only the Trustee has the authority to operate the Debtors' business; and then, |
| 22 | only with an order of the Court. Otherwise, the Trustee is obliged to shut down |
| 23 | the business or abandon the estate's interest in the business. |
| 24 | 9. However, the Debtors assert that, based on the lack of any unexempt equity in |
| 25 | any business-related asset, equipment or inventory, there is no benefit to the |
| 26 | estate to either operating OR shutting down this business. |
| 27 | 10. Federal Rule of Bankruptcy Proceeding 6007 (b) permits a party in interest, |
| 28 | including the Debtors, to file a motion seeking to compel the Trustee to abandon |

property of the estate.

11. At the first meeting of creditors, the Trustee instructed the Debtors to prepare and file this motion for an order compelling abandonment.

Wherefore, the Debtors move this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in the Debtors' Business.

CERTIFICATION

I, John R. Hughes, hereby certify under penalty of perjury that I have read the foregoing Motion for Order Compelling Abandonment Of The Estate's Interest In Debtors' Business. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on June 7, 2011.

/s/ *John R. Hughes*
John R. Hughes
Attorney at Law

////

JOHN R. HUGHES
A Professional Law Corporation
520 MAIN STREET
PLACERVILLE, CA 95667
TEL 530.626.5175
SBN 182988

Attorney for Ronald & Tammy Smith

# UNITED STATES BANKRUPTCY COURT,

# EASTERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 11-29318 |
|---|---|
| RONALD R. SMITH<br><br>TAMMY L. SMITH<br><br>Debtors. | Hearing date: June 29, 2011<br>Hearing time: 10:00 a.m.<br>Courtroom 34 - Dept. D<br>Honorable Judge Robert S. Bardwil<br>Docket Control No.: JRH-01 |

EXHIBITS: Schedules B, C & D from Case No.: 11-29318

Exhibits

IN RE Smith, Ronald L & Smith, Tammy L                                   Case No. 2011-29318
                        Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | El Dorado Savings Bank Checking Account | C | 150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Antique Desk | C | 60.00 |
| | | Apple computer | C | 1,000.00 |
| | | Beds (3) | C | 150.00 |
| | | Bookcases (2) | C | 50.00 |
| | | China Hutch | C | 800.00 |
| | | Coffee Table | C | 20.00 |
| | | Couch & Love Seat | C | 125.00 |
| | | Dresser | C | 25.00 |
| | | Entertainment Center | C | 50.00 |
| | | Kitchen Table & Chairs | C | 150.00 |
| | | Refrigerators (2) | C | 1,000.00 |
| | | Rolltop Desk | C | 15.00 |
| | | Televisions (4) two 13" & two 32" | C | 200.00 |
| | | Washer & Dryer | C | 400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | C.D.'s | C | 10.00 |
| | | Movies (VHS & DVD) | C | 350.00 |
| | | Thomas Kincade Oil | C | 1,300.00 |
| | | Thomas Kincade Prints (5) | C | 500.00 |
| 6. Wearing apparel. | | Clothing | C | 500.00 |
| 7. Furs and jewelry. | | Costume Jewelry | C | 200.00 |
| | | Diamond Earrings | C | 150.00 |
| | | Wedding Band | C | 850.00 |
| | | Wedding Ring | C | 7,500.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Smith, Ronald L & Smith, Tammy L _____ Case No. 2011-29318
Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | Bicycles (4)--broken, unrideable | C | 10.00 |
| | | Digital Camera | C | 25.00 |
| | | Snowboards (4) | C | 300.00 |
| | | Tools & Tool Box | C | 100.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Fidelity 401K (portion of ex-husband's retirement which will be received after he retires) | C | 27,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Smith, Ronald L & Smith, Tammy L _____ Case No. 2011-29318
                    Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1993 MB Sport Boss 190 (Boat & Trailer) Good Condition | C | 5,500.00 |
| | | 1999 Chrysler 300 Good condition; 300K miles | C | 2,700.00 |
| | | 2005 Polaris Ranger Quad w/mini truck bed | C | 5,500.00 |
| | | 2005 Suzuki 400 Quad Non-Op; cost of repairs is more than value of quad | C | 0.00 |
| | | 2007 Toyota FJ Cruiser Good condition; 58K miles | C | 21,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Cleaning bag & supplies | C | 50.00 |
| | | Mop & Bucket | C | 25.00 |
| | | Vacuum | C | 125.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | Cats & Dogs & 2 Bearded Dragons | C | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 2010 Tax Refund | C | 7,800.00 |

TOTAL  85,690.00

__0__ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

3

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE Smith, Ronald L & Smith, Tammy L _____ Case No. 2011-29318 _____
                        Debtor(s)                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| El Dorado Savings Bank Checking Account | CCCP § 703.140(b)(5) | 150.00 | 150.00 |
| Antique Desk | CCCP § 703.140(b)(3) | 60.00 | 60.00 |
| Apple computer | CCCP § 703.140(b)(3) <br> CCCP § 703.140(b)(5) | 550.00 <br> 450.00 | 1,000.00 |
| Beds (3) | CCCP § 703.140(b)(3) | 150.00 | 150.00 |
| Bookcases (2) | CCCP § 703.140(b)(3) | 50.00 | 50.00 |
| China Hutch | CCCP § 703.140(b)(3) <br> CCCP § 703.140(b)(5) | 550.00 <br> 250.00 | 800.00 |
| Coffee Table | CCCP § 703.140(b)(3) | 20.00 | 20.00 |
| Couch & Love Seat | CCCP § 703.140(b)(3) | 125.00 | 125.00 |
| Dresser | CCCP § 703.140(b)(3) | 25.00 | 25.00 |
| Entertainment Center | CCCP § 703.140(b)(3) | 50.00 | 50.00 |
| Kitchen Table & Chairs | CCCP § 703.140(b)(3) | 150.00 | 150.00 |
| Refrigerators (2) | CCCP § 703.140(b)(3) <br> CCCP § 703.140(b)(5) | 550.00 <br> 450.00 | 1,000.00 |
| Rolltop Desk | CCCP § 703.140(b)(3) | 15.00 | 15.00 |
| Televisions (4) two 13" & two 32" | CCCP § 703.140(b)(3) | 200.00 | 200.00 |
| Washer & Dryer | CCCP § 703.140(b)(3) | 400.00 | 400.00 |
| C.D.'s | CCCP § 703.140(b)(3) | 10.00 | 10.00 |
| Movies (VHS & DVD) | CCCP § 703.140(b)(3) | 350.00 | 350.00 |
| Thomas Kincade Oil | CCCP § 703.140(b)(3) <br> CCCP § 703.140(b)(5) | 550.00 <br> 750.00 | 1,300.00 |
| Thomas Kincade Prints (5) | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| Clothing | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| Costume Jewelry | CCCP § 703.140(b)(5) | 200.00 | 200.00 |
| Diamond Earrings | CCCP § 703.140(b)(5) | 150.00 | 150.00 |
| Wedding Band | CCCP § 703.140(b)(5) | 850.00 | 850.00 |
| Wedding Ring | CCCP § 703.140(b)(4) <br> CCCP § 703.140(b)(5) | 1,425.00 <br> 6,075.00 | 7,500.00 |
| Bicycles (4)--broken, unrideable | CCCP § 703.140(b)(3) | 10.00 | 10.00 |
| Digital Camera | CCCP § 703.140(b)(3) | 25.00 | 25.00 |
| Snowboards (4) | CCCP § 703.140(b)(3) | 300.00 | 300.00 |
| Tools & Tool Box | CCCP § 703.140(b)(3) | 100.00 | 100.00 |
| Fidelity 401K (portion of ex-husband's retirement which will be received after he retires) | CCCP § 703.140(b)(10)(E) | 27,000.00 | 27,000.00 |
| 1993 MB Sport Boss 190 (Boat & Trailer) Good Condition | CCCP § 703.140(b)(2) <br> CCCP § 703.140(b)(5) | 3,525.00 <br> 1,975.00 | 5,500.00 |
| 1999 Chrysler 300 Good condition; 300K miles | CCCP § 703.140(b)(5) | 2,700.00 | 2,700.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

IN RE Smith, Ronald L & Smith, Tammy L                     Case No. 2011-29318
                     Debtor(s)                                       (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Cleaning bag & supplies | CCCP § 703.140(b)(6) | 50.00 | 50.00 |
| Mop & Bucket | CCCP § 703.140(b)(6) | 25.00 | 25.00 |
| Vacuum | CCCP § 703.140(b)(6) | 125.00 | 125.00 |
| 2010 Tax Refund | CCCP § 703.140(b)(5) | 7,800.00 | 7,800.00 |

B6D (Official Form 6D) (12/07)

IN RE Smith, Ronald L & Smith, Tammy L
Debtor(s)

Case No. 2011-29318
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5755 Hsbc/Polaris 90 Christiana Road New Castle, DE 19720 | X | W | Revolving account opened 1/06 VALUE $ 5,500.00 | | | | 9,704.00 | 4,204.00 |
| ACCOUNT NO. 0001 Toyota Motor Credit 8950 Cal Center Dr., Ste 2 Sacramento, CA 95826 | | W | Installment account opened 11/07 VALUE $ 21,000.00 | | | | 23,931.00 | 2,931.00 |
| ACCOUNT NO. 1998 Wells Fargo Bank NV Na P.O. Box 31557 Billings, MT 59107 | | W | Revolving account opened 4/07 VALUE $ 195,000.00 | | | | 77,458.00 | 77,458.00 |
| ACCOUNT NO. 5631 Wells Fargo Hm Mortgage 8480 Stagecoach Cir Frederick, MD 21701 | | W | Mortgage account opened 4/07 VALUE $ 195,000.00 | | | | 312,000.00 | 117,000.00 |

___0___ continuation sheets attached

Subtotal (Total of this page) $ 423,093.00 | $ 201,593.00

Total (Use only on last page) $ 423,093.00 | $ 201,593.00

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

1